# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JAMES EVERETT SHELTON,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MERCHANT FLOW FINANCIAL CORPORATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:18–CV–11294–JMV–SCM**

TO: *(Name and address of Defendant):*

CONROY WILLIAMSON
277 Fairfield Road Suite 309
Fairfield, NJ 07004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES EVERETT SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Brian Y. Lawrence**
(By) DEPUTY CLERK



ISSUED ON **2018–07–10 12:59:09**, Clerk
USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/19/2018 |
| NAME OF SERVER (PRINT) KAMERON MARSHALL | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _____
   c/o Conroy Williamson, 277 Fairfield Road Suite 309, Fairfield, NJ 07004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $100 | SERVICES $100 | TOTAL $200 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/19/2018
              Date                          *Signature of Server*

                                            199 W. Chew Ave, Philadelphia, PA 19120
                                            *Address of Server*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JAMES EVERETT SHELTON,**
*Plaintiff*

              V.

**MERCHANT FLOW FINANCIAL CORPORATION, ET AL.,**
*Defendant*

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 AUG -6  P 3: 26

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **2:18-CV-11294-JMV-SCM**

TO: *(Name and address of Defendant):*

MERCHANT FLOW FINANCIAL CORPORATION
277 Fairfield Road Suite 309
Fairfield, NJ 07004

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES EVERETT SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Brian Y. Lawrence**
(By) DEPUTY CLERK

**ISSUED ON 2018-07-10 12:59:09.** Clerk
USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/19/2018 |
| NAME OF SERVER (PRINT) KAMERON MARSHALL | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 277 Fairfield Road Suite 309, Fairfield, NJ 07004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☐ Other (specify):_____

**STATEMENT OF SERVICE FEES**

| TRAVEL $100 | SERVICES $100 | TOTAL $200 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/19/2018
              Date                          Signature of Server

199 W. Chew Ave, Philadelphia, PA 19120
Address of Server






U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 AUG -6 P 3: 26



X-RAYED

Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Prussia.TA 19906