Raajen V. Bhaskar, Esq. (RB0296)
SCHENCK, PRICE, SMITH & KING, LLP
351 Sparta Avenue
Sparta, NJ 07871
(973) 295-3670
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>*Plaintiff,*<br><br>vs.<br><br>MERCHANT FLOW FIN. CORP., *et al.*<br><br>*Defendants.* | Civil Action No. 2:18-cv-11294<br><br>**Notice of Motion to Set Aside Default Pursuant to FRCP 55(C) and Extend Time to Answer the Complaint Pursuant to FRCP 6(b)(1)(B)** |

TO:  James Everett Shelton, *pro se*
316 Covered Bridge Road
King of Prussia, PA 19406

Sir:

PLEASE TAKE NOTICE that, on January 22, 2019 at 9:00 am, or as soon thereafter as counsel may be heard, the undersigned, attorneys for the defendants, Merchant Flow Financial Corp. ("Merchant Flow") and Conroy Williamson ("Williamson"), will apply to the Court for an Order denying the pending motion for entry of a judgment by default, setting aside

{01812686.DOC;1 }

the default entered in this matter pursuant to FRCP 55 and extend the time within which Defendants may answer the complaint pursuant to FRCP 6(b)(1)(B), a proposed form of which is annexed hereto.

PLEASE TAKE FURTHER NOTICE that, in support of the relief sought herein, the undersigned shall rely upon the attached certifications of counsel and Williamson, together with all exhibits attached thereto. Oral argument is not requested.

SCHENCK, PRICE, SMITH & KING, LLP
*Attorneys for Merchant Flow Fin. Corp., and Conroy Williamson*

Dated: 12/28/18

By: */s/ Raajen V. Bhaskar*
Raajen V. Bhaskar, Esq.