**Not For Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>MERCHANT FLOW FINANCIAL CORPORATION, and CONROY WILLIAMSON,<br><br>    *Defendants*. | Civil Action No. 18-11294 (JMV) (SCM)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 28th day of December, 2018,

**ORDERED** that that Plaintiff's motion for default judgment (D.E. 7) is **GRANTED in part and DENIED in part**; and it is further

**ORDERED** that a judgment in the amount of $500.00 is entered in favor of Plaintiff and against Defendant Merchant Flow Financial Corporation; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

                                              /s John Michael Vazquez
                                              **John Michael Vazquez, U.S.D.J.**